# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL NO. 16-CR-00183-02 |
|---|---|
| VERSUS | JUDGE FOOTE |
| MICHAEL MCDANIEL | UNITED STATES OF AMERICA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, MICHAEL MCDANIEL, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that MICHAEL MCDANIEL is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15th day of MAY, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE